UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
THIRD DIVISION

| | | |
|---|---|---|
| DIANNE MARIE KEANE, Plaintiff, | ) | |
| vs. | ) | Civil Action No. 01-766 MJD/SRN |
| UNITED STATES OF AMERICA, Defendant. | ) | **ORDER** |

This matter having come on before the undersigned pursuant to F.R.Civ.P. 6 and the Joint Motion of the parties, for good cause shown, it is hereby

ORDERED that Defendant may file and serve Exhibit 1, its Amended Answer.

Dated this 20th day of February, 2002.

Susan Richard Nelson
The Honorable Susan R. Nelson
United States Magistrate Judge
242 U.S. Courthouse
316 North Robert Street
St. Paul, MN 55101

FILED FEB 20 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______

TOTAL P.02